UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ROY D. C. SMITH, | ) | 3:09-CV-00395-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: January 5, 2010 |
| | ) | |
| CITY OF RENO TOWNSHIP, COUNTY OF WASHOE, STATE OF NEVADA, RENO LEGAL DEFENDER'S OFFICE, | ) ) ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:   EDWARD C. REED, JR.                               U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN       Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On December 10, 2009, the Magistrate Judge filed a Report and Recommendation (#8) recommending that this action be dismissed without prejudice. No objections were timely filed to the Report and Recommendation (#8).

    **IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

    Plaintiff has failed to comply with the Court's prior orders requiring him to file an affidavit with the Court providing certain information regarding his application to proceed *in forma pauperis*.

LANCE S. WILSON, CLERK

By   /s/
    Deputy Clerk